# United States District Court

EASTERN DISTRICT OF WISCONSIN

                                                        **JUDGMENT IN A CIVIL CASE**

**CHARLES ROGERS,**

        Petitioner,

        V.                                                      CASE NUMBER: **05-C-1218**

**GARY R. MCCAUGHTRY**,

        Respondent.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Charles Rogers' motion to proceed in forma pauperis is DENEID. Charles Rogers' petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED for lack of jurisdiction as a second or successive petition.**

This action is hereby DISMISSED.

| | |
|---|---|
|    January 22, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |